# LISTA DE CASOS RESUELTOS SIN OPINIÓN DESDE ENERO 6 HASTA DICIEMBRE 23, 1913.

No. 46. Ex PARTE DÍAZ.—Solicitud presentada al Hon. Pedro de Aldrey, Juez Asociado del Tribunal Supremo, para que se expida mandamiento de *habeas corpus*. Resuelto en enero 6, 1913. Desestimada la solicitud. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogado del peticionario: *Sr. Eugenio Benítez Castaño.*

No. 189. IN RE RAÚL BENEDICTO.—Solicitud de la National Surety Company para que se dé por terminada la fianza notarial prestada a nombre del citado notario. Resuelto por el Juez Presidente Sr. Hernández en enero 6, 1913. Se da por terminada la fianza dentro del plazo de 60 días de acuerdo con la Ley No. 50 de marzo 7, 1912.

No. 377. Ex PARTE POLANCO.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company a nombre del peticionario. Resuelto en enero 13, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

No. 346. Ex PARTE MARTÍNEZ.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company a nombre del peticionario. Resuelto en enero 13, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

1213